```
IN THE UNITED STATES DISTRICT COURT FOR THE
        SOUTHERN DISTRICT OF GEORGIA
              AUGUSTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DIXIE COMMUNICATIONS SYSTEMS, INC., \*\*\*\* Plaintiff, \*\* v. \*\* ICON CONSTRUCTION, INC. and J&J MAINTENANCE, INC., \*\*\* Defendants. \*\*\* | CV 118-210 |

## O R D E R

This matter is before the Court on its own accord. On August 26, 2021, the Court issued an Order granting Defendant J&J Maintenance, Inc.'s ("J&J") motion for summary judgment, staying the case, and directing Plaintiff and Defendant ICON Construction, Inc. ("ICON") to notify the Court should the Bankruptcy Court grant relief from the stay, dismiss Defendant ICON's bankruptcy petition, or otherwise close the bankruptcy proceedings with regards to Defendant ICON. (Doc. 62, at 15.) The Parties have not filed anything with the Court since the August 26, 2021 Order.

Accordingly, the Court **ORDERS** Plaintiff and Defendant ICON to file a status report within **FOURTEEN (14) DAYS** of the date of this Order. Moreover, because the Court's August 26, 2021 Order granted Defendant J&J's motion for summary judgment as to all claims

against it, the Clerk is **DIRECTED** to **TERMINATE** Defendant J&J as a party to this action.

**ORDER ENTERED** at Augusta, Georgia, this ___14th___ day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA